United States District Court
Southern District of Texas

**ENTERED**
April 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GREGORIO GALLEGOS/CORAL GARZA D/B/A SUPER KIDS ACADEMY DAY CARE CENTER (1522), | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 7:16-CV-00611 |
| vs. | § § | |
| MARKEL INSURANCE COMPANY, | § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendant have moved to dismiss this action in its entirety with prejudice, with each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 3rd day of April 2017 at McAllen, Texas.

_____
JUDGE PRESIDING